HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, a Rhode Island corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID H. HERRERA and BECKY L. HERRERA, husband and wife, and the marital community comprised thereof,<br><br>Defendants. | Case No.: 2:19-cv-00250-BJR<br><br>**ORDER RE BRIEFING SCHEDULE ON MOTION AND CROSS MOTION RE COVERAGE** |

WHEREAS counsel for all parties conferred pursuant to LCR 7(k) on July 16, 2019 and contacted the Court regarding the potential efficiencies of cross motions on the topic of coverage, and whereas the attorneys conferred about a briefing schedule and agreed upon a proposal for the Court's consideration, it is now ordered that:

1. Defendant shall file its brief and supporting documents in opposition to the pending Motion for Summary Judgement – Coverage on or before August 16, 2019, and may include in the same brief a cross motion for summary judgement re coverage along with any supporting declarations;

ORDER RE BRIEFING SCHEDULE ON MOTION AND CROSS MOTION RE COVERAGE - 1.
Case No. 2:19-cv-00250-BJR

KROONTJE LAW OFFICE PLLC
600 UNIVERSITY STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
Phone:(206) 624-6212 Fax:(206) 624-6816

2. Plaintiff's combined briefing in opposition and reply shall be due twenty-one (21) days after the filing of Defendant's opposition and motion;

3. Defendant's sur-reply will be due twenty-one (21) days after the filing of Plaintiff's combined briefing in opposition and reply;

4. The Court will inform the parties if oral argument is necessary; and

5. The Court will consider any issues pertaining to attorney fees and costs in a separate and subsequent motion following the Court's ruling on the coverage-related summary judgement motions.

## ORDER

It is so ordered.

DATED this 19th day of July, 2018.

_____
THE HONORABLE BARBARA J. ROTHSTEIN

Presented jointly by:

| KSB LITIGATION, P.S | KROONTJE LAW OFFICE, PLLC |
|---|---|
| By s/William C. Schroeder<br>William C. Schroeder, WSBA #41986<br>221 N. Wall, Ste. 210<br>Spokane, WA 99201<br>Phone: (509) 624-8988<br>Email: wcs@KSBLit.legal<br>Attorney for Plaintiff | By s/Maury Kroontje<br>Maury Kroontje, WSBA No. 22958<br>600 University Street, Suite 1700<br>Seattle, WA 98101<br>Ph: (206) 624-6212<br>Fax: (206) 624-6816<br>Email: maury@kroontje.net<br>Attorney for Defendant |

ORDER RE BRIEFING SCHEDULE ON MOTION AND CROSS MOTION RE COVERAGE - 2.
Case No. 2:19-cv-00250-BJR

KROONTJE LAW OFFICE PLLC
600 UNIVERSITY STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
Phone:(206) 624-6212 Fax:(206) 624-6816