| | |
|---|---|
| | THE HONORABLE BARBARA J. ROTHSTEIN |

Deborah M. Nelson, WSBA #23087
Jeffrey D. Boyd, WSBA #41620
NELSON BOYD, PLLC
411 University Street, Suite 1200
Seattle, WA 98101
Phone (206) 971-7601
nelson@nelsonboydlaw.com
boyd@nelsonboydlaw.com
Counsel for Putative Intervenors Brian Onutz and Amy Onutz

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, a Rhode Island corporation, | |
| | **Case No.: 2:19-cv-00250** |
| Plaintiff, | |
| vs. | **ORDER GRANTING INTERVENORS' MOTION TO INTERVENE** |
| DAVID H. HERRERA and BECKY L. HERRERA, husband and wife, and the marital community comprised thereof, | |
| Defendants, | |
| and | |
| BRIAN ONUTZ and AMY ONUTZ, a married couple, | |
| Intervenors. | |

Upon Motion of Intervenors Brian Onutz and Amy Onutz, a married couple, for their Intervenors'

---

INTERVENORS COMPLAINT FOR DECLARATORY RELIEF– 1

THIS MATTER, having come before the Court on the **AGREED MOTION OF BRIAN ONUTZ AND AMY ONUTZ TO INTERVENE**, and the Court being fully advised,

IT IS HEREBY ORDERED that the Intervenors' Motion is GRANTED and Intervenors' is hereby accepted.

DATED this 7th day of August, 2019.

BY THE COURT:

*Barbara Rothstein*
JUDGE BARBARA J. ROTHSTEIN

INTERVENORS COMPLAINT FOR
DECLARATORY RELIEF– 2

NELSON BOYD, PLLC
411 University Street, Suite 1200
Seattle, WA 98101
(206) 971-7601