HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,
a Rhode Island corporation,

Plaintiff,

vs.

DAVID H. HERRERA and BECKY L. HERRERA, husband and wife, and the marital community comprised thereof,

Defendants,

and

BRIAN ONUTZ and AMY ONUTZ, a married couple,

Intervenors.

Case No.: 2:19-cv-00250-BJR

**REVISED ORDER RE BRIEFING SCHEDULE ON ANSWERS, MOTIONS AND CROSS MOTION RE COVERAGE**

WHEREAS counsel for all parties have agreed to the intervention of Brian Onutz and Amy Onutz, as Intervenors' Complaint has been filed, as Plaintiff and Defendant have accepted service, and as all parties have agreed to the following schedule, it is now Ordered that:

ORDER RE BRIEFING SCHEDULE ON MOTION
AND CROSS MOTION RE COVERAGE - 1.

Case No. 2:19-cv-00250-BJR

KROONTJE LAW OFFICE PLLC
600 UNIVERSITY STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
Phone:(206) 624-6212 Fax:(206) 624-6816

1. Intervenors' Complaint was filed August 7, 2019. Plaintiff and Defendant will file their Answer or other responsive pleading by Wednesday, August 28, 2019 (20 days after the filing date).

2. Defendant and Intervenors shall file their brief and supporting documents in opposition to the pending Motion for Summary Judgement – Coverage on or before Friday, September 27, 2019 (30 days after the due date of the Answer or other responsive pleading), and may include in the same brief a cross motion for summary judgement re coverage along with any supporting declarations;

3. Plaintiff's combined briefing in opposition and reply shall be due twenty-one (21) days after the filing of Defendant and Intervenors' opposition and motion;

4. Defendant and Intervenors' sur-reply will be due twenty-one (21) days after the filing of Plaintiff's combined briefing in opposition and reply;

5. The Court ~~sets _____ as the date for decision and~~ will advise /BJR/ the parties if oral argument is permitted; and

6. The Court will consider any issues pertaining to attorney fees and costs in a separate and subsequent motion following the Court's ruling on the coverage-related summary judgement motions.

**ORDER**

It is so ordered.

DATED this 14th day of August, 2019.

_Barbara J. Rothstein_
THE HONORABLE BARBARA J. ROTHSTEIN

ORDER RE BRIEFING SCHEDULE ON MOTION
AND CROSS MOTION RE COVERAGE - 2.

Case No. 2:19-cv-00250-BJR

KROONTJE LAW OFFICE PLLC
600 UNIVERSITY STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
Phone:(206) 624-6212 Fax:(206) 624-6816

Presented jointly by:

KSB LITIGATION, P.S

By *s/William C. Schroeder*
William C. Schroeder, WSBA #41986
221 N. Wall, Ste. 210
Spokane, WA 99201
Phone: (509) 624-8988
Email: wcs@KSBLit.legal
Attorney for Plaintiff

KROONTJE LAW OFFICE, PLLC
By *s/Maury Kroontje*
Maury Kroontje, WSBA No. 22958
600 University Street, Suite 1700
Seattle, WA 98101
Ph: (206) 624-6212
Fax: (206) 624-6816
Email: maury@kroontje.net
Attorney for Defendant


NELSON BOYD, PLLC
By *s/Jeffrey D. Boyd*
Deborah M. Nelson, WSBA #23087
Jeffrey D. Boyd, WSBA #41620
411 University Street, Suite 1200
Seattle, WA 98101
Phone (206) 971-7601
nelson@nelsonboydlaw.com
boyd@nelsonboydlaw.com
Attorneys for Intervenors Brian Onutz and Amy Onutz

ORDER RE BRIEFING SCHEDULE ON MOTION
AND CROSS MOTION RE COVERAGE - 3.

Case No. 2:19-cv-00250-BJR

KROONTJE LAW OFFICE PLLC
600 UNIVERSITY STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
Phone:(206) 624-6212 Fax:(206) 624-6816