THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,
a Rhode Island corporation,

Plaintiff,

vs.

DAVID H. HERRERA and BECKY L.
HERRERA, husband and wife, and the
marital community comprised thereof,

Defendants,

and

BRIAN ONUTZ and AMY ONUTZ, a
married couple,

Intervenors.

Case No.: 2:19-cv-00250-BJR

**MOTION FOR VOLUNTARY DISMISSAL OF HERRERAS' COUNTERCLAIMS PURSUANT TO RULE 41 AND ORDER DISMISSING COUNTERCLAIMS**

COME NOW, the Defendants David H. Herrera and Becky L. Herrera, by and through below signed counsel, and pursuant to Rule 41 move the Court for an order dismissing the Herreras' counterclaims for bad faith, breach of the Consumer Protection Act, and coverage by estoppel. The Herreras intend to pursue their claim for attorney fees and costs pursuant to *Olympic Steamship Co. v. Centennial Insurance Co.*, 117 Wash. 2d 37, 811 P.2d 673 (Wash. 1991), and other applicable law regarding attorney fees available to

MOTION FOR VOLUNTARY DISMISSAL OF HERRERAS'
COUNTERCLAIMS PURSUANT TO RULE 41 AND ORDER
DISMISSING COUNTERCLAIMS– 1.

KROONTJE LAW OFFICE PLLC
600 UNIVERSITY STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
Phone:(206) 624-6212 Fax:(206) 624-6816

FG:53566565.2

insureds when they prevail against their insurer in a coverage action.

DATED this 20th day of December, 2019.

**KROONTJE LAW OFFICE, PLLC**

s/ *Maury Kroontje*
Maury Kroontje, WSBA #2258
600 University Street, Suite 1700
Seattle, WA 98101
(206) 624-6212
maury@kroontje.net
Co-Counsel for Defendants Herrera


**FOSTER GARVEY PC**
/s *Jack Zahner*
John P. Zahner, WSBA No. 24505
/s *Devra Cohen*
Devra R. Cohen, WSBA No. 49952
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3292
Phone: (206) 447-4400
Facsimile: (206) 749-1936
Email: jack.zahner@foster.com
Email: devra.cohen@foster.com
Co-Counsel for
Defendants/Counterclaimants Herrera

MOTION FOR VOLUNTARY DISMISSAL OF HERRERAS' COUNTERCLAIMS PURSUANT TO RULE 41 AND ORDER DISMISSING COUNTERCLAIMS– 2.

KROONTJE LAW OFFICE PLLC
600 UNIVERSITY STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
Phone:(206) 624-6212  Fax:(206) 624-6816

FG:53566565.2

## ORDER

THIS MATTER having come on the before the Court on Defendant Herreras' *Motion for Voluntary Dismissal of Herreras' Counterclaims Pursuant to Rule 41*, the Court having reviewed the motion, there being no objections, and otherwise being fully advised, now therefore,

**IT IS THEREFORE ORDERED** that Defendant Herreras' Motion for Voluntary Dismissal of Counterclaims Pursuant to Rule 41 is hereby **GRANTED**. Defendant Herreras' counterclaims for bad faith, breach of the Consumer Protection Act, and coverage by estoppel are **DISMISSED WITHOUT PREJUDICE**. This order does not impact the Herreras' rights and claims with respect to attorney fees and costs in relation to the Court ruling on the motion and cross motions for summary judgment.

DATED: This 23rd day of December, 2019.

*[signature]*
THE HONORABLE BARBARA J. ROTHSTEIN
United States District Judge

PRESENTED BY:

**KROONTJE LAW OFFICE, PLLC**

s/ *Maury Kroontje*
Maury Kroontje, WSBA #2258
600 University Street, Suite 1700
Seattle, WA 98101
(206) 624-6212
maury@kroontje.net
Attorney for Defendants Herrera

MOTION FOR VOLUNTARY DISMISSAL OF HERRERAS' COUNTERCLAIMS PURSUANT TO RULE 41 AND ORDER DISMISSING COUNTERCLAIMS– 3.

KROONTJE LAW OFFICE PLLC
600 UNIVERSITY STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
Phone:(206) 624-6212  Fax:(206) 624-6816

FG:53566565.2

**FOSTER GARVEY PC**
/s *Jack Zahner*
John P. Zahner, WSBA No. 24505
/s *Devra Cohen*
Devra R. Cohen, WSBA No. 49952
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3292
Phone: (206) 447-4400
Facsimile: (206) 749-1936
Email: jack.zahner@foster.com
Email: devra.cohen@foster.com
Co-Counsel for

Defendants/Counterclaimants Herrera

MOTION FOR VOLUNTARY DISMISSAL OF HERRERAS' COUNTERCLAIMS PURSUANT TO RULE 41 AND ORDER DISMISSING COUNTERCLAIMS– 4.

KROONTJE LAW OFFICE PLLC
600 UNIVERSITY STREET, SUITE 1700
SEATTLE, WASHINGTON 98101
Phone:(206) 624-6212  Fax:(206) 624-6816

FG:53566565.2