# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, A Rhode Island Corporation,<br><br>   *Plaintiff*,<br> v.<br><br>DAVID H. HERRERA and BECKY L. HERRERA, husband and wife, and the martial community thereof,<br><br>   *Defendant*,<br><br> and<br><br>BRIAN ONUTZ and AMY ONUTZ, a married couple,<br><br>   *Intervenors*. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:19-cv-00250-BJR |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

On November 14th, 2019, the Court GRANTED Defendants' and Intervenors' Motions for Summary Judgment, Dkt. Nos. 25 and 29, and DENIED Plaintiff's Motion for Summary Judgment, Dkt. No. 12. (Dkt. No. 39). Furthermore, on December 23rd, 2019, the Court GRANTED Defendant Herrera's Motion for Voluntary Dismissal of Counterclaims (Dkt. No. 42).

DATED this 21st day of February 2020.

WILLIAM M. MCCOOL
Clerk of Court

/s/ *Tomas Hernandez*
Deputy Clerk
